UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDRIC EUGENE JOHNSON,<br><br>              Plaintiff,<br><br>       v.<br><br>BRIAN CATES, et al.,<br><br>              Defendants. | No. 1:23-cv-00437 GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS MATTER<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS MATTER BE DISMISSED AS DUPLICATIVE<br><br>PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS DUE **DECEMBER 12, 2023** |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. For the reasons stated below, the undersigned will recommend that this matter be dismissed as duplicative.

   I.   RELEVANT FACTS

On March 6, 2023, Plaintiff filed the instant action in the Southern District of California. At that time, the matter was identified as Johnson v. Cates, No. 3:23-cv-00415 WQH DEB ("Johnson I"). Johnson I, ECF No. 1 at 1.

1

On March 9, 2023, another complaint filed by Plaintiff was docketed in the Eastern District of California. The case was identified as Johnson v. Cates, No. 1:23-cv-00361 GSA ("Johnson II").

On March 23, 2023, Johnson I was transferred to this district. ECF No. 5. As a result, the case number currently assigned to Johnson I is Johnson v. Cates, No. 1:23-cv-0437 GSA. See Johnson I, ECF No. 6 at 1 (first informational order with new case name).

II. DISCUSSION

A comparison of the complaint in Johnson I with the one in Johnson II indicates that the two pleadings are identical.[1] Compare Johnson I, ECF No. 1 at 1-15, with Johnson II, ECF No. 1 at 1-15. A plaintiff not entitled to simultaneously maintain two separate actions involving the same subject matter against the same defendant. Mendoza v. Amalgamated Transit Union International, 30 F.th 879, 886 (9th Cir. 2022) (citation omitted). Therefore, it will be recommended this matter, Johnson I, which was officially put on the Eastern District's docket later than Johnson II, be dismissed as duplicative. Plaintiff shall be given fourteen days to file objections to this order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a District Judge to this action.

IT IS FURTHER RECOMMENDED that this matter be DISMISSED as duplicative of Johnson v. Cates, No. 1:23-cv-00361 GSA.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations – in this case, by **December 12, 2023** – Plaintiff may file written objections with the Court. Said document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

---

[1] The content of the two complaint forms is identical. However, Johnson I, has attachments to it that appear to be forms sent to Plaintiff by the Court. See Johnson I, ECF No. 1-1, 1-2 (attachments to Johnson I complaint).

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

    Dated:   **November 27, 2023**                      **/s/ Gary S. Austin**
                                                                                            UNITED STATES MAGISTRATE JUDGE