UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDRIC EUGENE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN CATES, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-00437-KES-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 11 |

　　　　Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 28, 2023, the magistrate judge issued findings and recommendations recommending that the instant action (*Johnson I*) be dismissed as duplicative of <u>Johnson v. Cates</u>, No. 1:23-cv-00361 GSA (*Johnson II*).[1]  Doc. 11.  The F&R recommends dismissing *Johnson I*, which was filed in the Southern District of California on March 6, 2023, and transferred to this District on March 23, 2023, as duplicative of *Johnson II*, which was filed on March 9, 2023, in the Eastern District of California, given that *Johnson I* was "put on the Eastern District's docket later" than *Johnson II*.

---

[1] On June 4, 2024, <u>Johnson v. Cates</u>, No. 1:23-cv-00361 GSA was reassigned to the undersigned and the case number changed to 1:23-cv-00361-KES-GSA.

1

1   The findings and recommendations were served on plaintiff and contained notice that
2   objections were to be filed within fourteen days. *Id.* at 2. Plaintiff did not file objections and the
3   time to do so has passed.
4   In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of
5   this case. Having carefully reviewed the file, the court concludes that the magistrate judge's
6   findings and recommendations to dismiss the present case (No. 1:23-cv-0437) are supported by
7   the record, although it is the earlier case by date of original filing. The date of the filing of the
8   complaint in a case, rather than the date of the transfer of a case, typically controls for purposes of
9   deciding which duplicative action should be maintained and which should be dismissed. *See* 1
10  Moore's Federal Practice, Civil § 3.02. ("When two or more actions involving identical or
11  closely related claims and parties are filed in separate federal courts, the first-filed action
12  generally takes precedence, and a district court may choose to stay, transfer, or dismiss a
13  duplicative *later-filed action*.") (emphasis added) (collecting cases). However, "[t]he most basic
14  aspect of the first-to-file rule is that it is discretionary," and district courts may "in the exercise of
15  their discretion, dispense with the first-filed principle for reasons of equity." *Alltrade, Inc. v.
16  Uniweld Products, Inc.*, 946 F.2d 622, 628 (9th Cir. 1991). Additionally, the "concerns justifying
17  the application of the first-to-file rule, particularly those relating to federal comity, do not apply
18  when both cases are pending before the same judge in the same court." *Rodriguez v. Taco Bell
19  Corp.*, No. 13-CV-1498-SAB, 2013 WL 5877788, at *3 (E.D. Cal. Oct. 30, 2013). Here, plaintiff
20  filed the identical complaint in two cases within the same week. As the two cases are now before
21  the same judge, it is of no moment which of the two cases is dismissed as duplicative.
22  Accordingly, the court adopts the findings and recommendations to dismiss the present case,
23  No. 1:23-cv-0437, as duplicative.
24  Accordingly, IT IS HEREBY ORDERED:
25  1. The findings and recommendations issued November 28, 2023, Doc. 11, are adopted
26     in full;
27  2. This matter is dismissed as duplicative of Johnson v. Cates, No. 1:23-cv-00361-KES-
28     GSA; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 12, 2024

_____
UNITED STATES DISTRICT JUDGE

3